UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**   Case No. 3:13-CV-252

    Plaintiff,   **Judge Timothy S. Black**
                                            **Magistrate Judge Michael R. Merz**

**-vs-**

**BRYAN CRAIG MILAN,**

    Defendant.

**JUDGMENT IN A CIVIL CASE**

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc 22) of the Magistrate Judge are **ADOPTED**; that the Defendant's Motion to Vacate (Doc. 21) is **DENIED** and **DISMISSED with prejudice**; that any requested certificate of appealability is **DENIED**; it is **CERTIFIED** that an appeal would be objectively frivolous; and the case is **CLOSED** from the docket of the Court.

Date: 8/30/2013                                                           **JOHN P. HEHMAN, CLERK**

                                                                                 By: *s/ M. Rogers*
                                                                                 Deputy Clerk